| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
|---|---|
| Caption in Compliance with D.N.J. LBR 9004-1(b) | |

In Re:
Alissa Pyrich

Case No.: 24-10064-JKS

Chapter: 13

Judge: Sherwood

*U.S. BANKRUPTCY COURT FILED NEWARK, NJ — 2024 APR 18 P 3:26*

## NOTICE OF APPEARANCE

Please take notice that in accordance with Fed. R. Bankr. P. 9010(b) the undersigned enters an appearance in this case on behalf of _____Carmine Fornaro_____. Request is made that the documents filed in this case and identified below be served on the undersigned at this address:

ADDRESS: 41 Ann Road
Long Valley, NJ 07960

DOCUMENTS:

☐ All notices entered pursuant to Fed. R. Bankr. P. 2002.

☒ All documents and pleadings of any nature.

Date: April 14, 2024

/s/ Rex Fornaro
Signature

*new.8/1/15*

41 Ann Rd
Long Valley, NJ
07853

U.S. BANKRUPTCY COURT
FILED
2024 APR 18  P 3: 26

Bankruptcy Court
50 Walnut Street
Newark, NJ 07102

