Form 186 − ntc13plnprior

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  24−10064−JKS
Chapter:  13
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Alissa Pyrich
   aka Alissa Steinlauf, aka Alys Mackyntoich
   160 West Hanover Avenue
   Morristown, NJ 07960

Social Security No.:
   xxx−xx−9341

Employer's Tax I.D. No.:

**NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION;
FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF**

A Plan was filed in this matter on and a confirmation hearing on such Plan has been scheduled for .

The debtor filed a Modified Plan on 04/17/2024 and a confirmation hearing on the Modified Plan is scheduled for 5/23/2024 at 08:30 AM. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: April 18, 2024
JAN: dlr

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Alissa Pyrich  
Debtor

Case No. 24-10064-JKS  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2 | User: admin | Page 1 of 3
Date Rcvd: Apr 18, 2024 | Form ID: 186 | Total Noticed: 27

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 20, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Alissa Pyrich, 160 West Hanover Avenue, Morristown, NJ 07960-2846 |
| cr | + | Shellpoint Mortgage Servicing as Servicer for US B, Friedman Vartolo LLP, 1325 Franklin Avenue Suite 160, Garden City, NY 11530-1631 |
| 520216761 | + | Carmine Fornaro, 41 Ann Road, Long Valley, NJ 07853-3505 |
| 520190281 | + | Certified-solutions, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520126839 | | Discover Bank, c/o Discover Products, Inc., 6500 New Albany Road, East New Albany, OH 40354 |
| 520126840 | + | JP Morgan Chase Bank, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520183517 | + | MORRISTOWN MEDICAL CTR, C/O CERTIFIED-SOLUTIONS, PO BOX 1750, WHITEHOUSE STATION, NJ 08889-1750 |
| 520126846 | + | Wells Fargo Bank, N.A., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Apr 18 2024 21:19:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Apr 18 2024 21:19:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 520126835 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2024 21:17:00 | Bk Of Amer, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 520126833 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2024 21:17:00 | Bk Of Amer, P O Box 982236, El Paso, TX 79998 |
| 520190466 | | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2024 21:17:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 520126834 | + | Email/Text: creditcardbkcorrespondence@bofa.com | Apr 18 2024 21:17:00 | Bk Of Amer, Po Box 31785, Tampa, FL 33631-3785 |
| 520126836 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 18 2024 21:24:39 | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 520126838 | | Email/Text: mrdiscen@discover.com | Apr 18 2024 21:17:00 | Discover, Po Box15316, Wilmington, DE 19850 |
| 520126837 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Apr 18 2024 21:18:00 | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520131847 | | Email/Text: mrdiscen@discover.com | Apr 18 2024 21:17:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 520126841 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 18 2024 21:24:45 | Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520126842 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 18 2024 21:18:00 | Nr/Sms/Cal, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126843 | | Email/Text: signed.order@pfwattorneys.com | Apr 18 2024 21:17:00 | Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |

Case 24-10064-JKS    Doc 26    Filed 04/20/24    Entered 04/21/24 00:16:29    Desc Imaged
Certificate of Notice    Page 3 of 4

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 186 | Total Noticed: 27 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 520126844 | + | Email/Text: bankruptcy@rubinrothman.com | Apr 18 2024 21:17:00 | Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 520197630 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 18 2024 21:17:00 | State of New Jersey, Division of Taxation, Bankruptcy Section, PO Box 245, Trenton, NJ 08695-0245 |
| 520126845 | + | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Apr 18 2024 21:17:00 | State of New Jersey, Division of Taxation Ban, PO Box 245, Trenton, NJ 08695-0245 |
| 520191791 | + | Email/Text: mtgbk@shellpointmtg.com | Apr 18 2024 21:18:00 | US Bank Trust et. al., c/o NewRez LLC d/b/a, Shellpoint Mortgage Servicing, P.O. Box 10826, Greenville, SC 29603-0826 |
| 520178433 | + | Email/PDF: ebn_ais@aisinfo.com | Apr 18 2024 21:24:58 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 520126847 | + | Email/PDF: ais.wellsfargo.ebn@aisinfo.com | Apr 18 2024 21:24:34 | Wells Fargo Bank, NA, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520126852 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, 4161 Piedmont Pkwy, Greensboro, NC 27410 |
| 520126850 | *P++ | BANK OF AMERICA, PO BOX 982238, EL PASO TX 79998-2238, address filed with court:, Bk Of Amer, P O Box 982236, El Paso, TX 79998 |
| 520126851 | *+ | Bk Of Amer, Po Box 31785, Tampa, FL 33631-3785 |
| 520126853 | *+ | Citi, Pob 6241, Sioux Falls, SD 57117-6241 |
| 520126855 | *P++ | DISCOVER FINANCIAL SERVICES LLC, PO BOX 3025, NEW ALBANY OH 43054-3025, address filed with court:, Discover, Po Box15316, Wilmington, DE 19850 |
| 520126854 | * | Department of Treasury, Internal Revenue Serv, PO Box 7346, Philadelphia, PA 19101-7346 |
| 520126856 | * | Discover Bank, c/o Discover Products, Inc., 6500 New Albany Road, East New Albany, OH 40354 |
| 520126857 | *+ | JP Morgan Chase Bank, 1787 Veterans Highway, Islandia, NY 11749-1500 |
| 520126858 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, 301 N Walnut St, Floor 09, Wilmington, DE 19801 |
| 520126859 | *+ | Nr/Sms/Cal, 75 Beattie Pl Ste 300, Greenville, SC 29601-2138 |
| 520126860 | *P++ | PRESSLER FELT & WARSHAW LLP, 7 ENTIN RD, PARSIPPANY NJ 07054-5020, address filed with court:, Pressler Felt & Warshaw, 7 Entin Road, Parsippany, NJ 07054 |
| 520126861 | *+ | Rubin & Rothman, 1787 Veterans Memorial Highway, Islandia, NY 11749-1500 |
| 520126862 | *+ | State of New Jersey, Division of Taxation Ban, PO Box 245, Trenton, NJ 08695-0245 |
| 520126863 | *+ | Wells Fargo Bank, N.A., 1617 JFK Boulevard, Suite 1400, Philadelphia, PA 19103-1814 |
| 520126864 | *+ | Wells Fargo Bank, NA, 101 North Phillips Avenue, Sioux Falls, SD 57104-6714 |

TOTAL: 0 Undeliverable, 15 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 20, 2024    Signature:    /s/Gustava Winters

Case 24-10064-JKS    Doc 26    Filed 04/20/24    Entered 04/21/24 00:16:29    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Apr 18, 2024 | Form ID: 186 | Total Noticed: 27 |

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 18, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Charles G. Wohlrab | on behalf of Creditor Shellpoint Mortgage Servicing as Servicer for US Bank Trust National Association Not In Its Individual Capacity But Solely As Owner Trustee For VRMTG Asset Trust bkecf@friedmanvartolo.com, cwohlrab@ecf.courtdrive.com |
| Karina Pia Lucid | on behalf of Debtor Alissa Pyrich klucid@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| Marie-Ann Greenberg | magecf@magtrustee.com |
| Monika Mazurczyk | on behalf of Debtor Alissa Pyrich monika@karinalucidlaw.com 15020@notices.nextchapterbk.com;admin@karinalucidlaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 5