| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)** | |
| | Case No.: _____ |
| | Chapter: _____ |
| In Re: | Hearing Date: _____ |
| | Judge: _____ |

**NOTICE OF OBJECTION TO YOUR CLAIM**

To: _____ *[Claim Holder and Counsel, if any]*

The _____ *[Objector]* has filed the enclosed _____ _____ *[Title of Objection]* (Docket No. [_____]) which seeks to alter your rights by _____
_____

*[Describe effect of the Objection, i.e., disallowing, reducing, modifying, etc.]*

If you disagree with the objection, you must file a response to the Objection with the Clerk of the Bankruptcy Court at the address below on or before _____.

At the same time, you must also serve a copy of the response upon the _____ *[Objector's]* attorney: *[Address of objector's counsel]*

If you file a response, you or your attorney must appear at a hearing on the objection that will be held before the honorable _____ on _____ at _____ a.m. at the United States Bankruptcy Court, _____, Courtroom no. _____.

**IF YOU DO NOT RESPOND TO THE OBJECTION, THE COURT MAY GRANT THE RELIEF DEMANDED BY THE OBJECTION WITHOUT FURTHER NOTICE OR HEARING.**

*new.11/4/16*