UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)

KARINA PIA LUCID, ESQ., LLC
1065 Route 22 W
Suite 2B
Bridgewater, New Jersey 08807
Tel:      (908) 350-7505
Email:  klucid@karinalucidlaw.com

Karina Pia Lucid, Esq.
*Counsel for the Debtor(s), Alissa Pyrich*

In Re:

      Alissa Pyrich, Debtor

Case No.: 24-10064(JKS)

Hearing Date: 6/13/24 at 10 am

**ORDER ON MOTION TO EXPUNGE CLAIM NO. 8 FILED BY CREDITOR CARMINE FORNARO and/or REX FORNARO OR ALTERNATIVELY TO COMPEL PRODUCTION AND REDUCE OR MODIFY CLAIM**

      The relief set forth on the following page, numbered two (2), is hereby ORDERED.

THIS MATTER, having been opened to the Court upon the motion, (the "Motion") of the debtor, Alissa Pyrich (the "Debtor"), by and through her counsel, Karina Pia Lucid, Esq., seeking the entry of an Order to Expunge Claim No. 8 and for related relief; and the Court having considered the Motion, and any objections thereto, and it appearing that good and sufficient notice has been given, and after due deliberation and sufficient cause appearing therefore,

IT IS HEREBY ORDERED:

1. That the Motion is granted;

2. Claim No. 8 is hereby expunged