Bk Of Amer
P O Box 982236
El Paso, TX 79998


Bk Of Amer
Po Box 31785
Tampa, FL 33631


Bk Of Amer
4161 Piedmont Pkwy
Greensboro, NC 27410


Citi
Pob 6241
Sioux Falls, SD 57117


Department of Treasury, Internal Revenue Serv
PO Box 7346
Philadelphia, PA 19101-7346


Discover
Po Box15316
Wilmington, DE 19850


Discover Bank
c/o Discover Products, Inc.
6500  New Albany Road
East New Albany, OH 40354


Friedman Vartolo LLP
1325 Franklin Avenue
Suite 160
Garden City, NY 11530


JP Morgan Chase Bank
1787 Veterans Highway
Islandia, NY 11749


Jpmcb Card
301 N Walnut St, Floor 09
Wilmington, DE 19801


Nr/Sms/Cal

75 Beattie Pl Ste 300
Greenville, SC 29601


Phelan Hallinan Diamond & Jones PC
1617 JFK Boulevard
Suite 1400
Philadelphia, PA 19103


Pressler Felt & Warshaw
7 Entin Road
Parsippany, NJ 07054


Rubin & Rothman
1787 Veterans Memorial Highway
Islandia, NY 11749


State of New Jersey, Division of Taxation Ban
PO Box 245
Trenton, NJ 08695


Verizon
One Verizon Way
Mail Code 180WBV
Basking Ridge, NJ 07920


Wells Fargo Bank, NA
101 North Phillips Avenue
Sioux Falls, SD 57104


Carmine Fornaro
41 Ann Road
Long Valley, NJ 07960